**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   DONALD E. WRIGHT, II, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| v. | ) | CIV-16-888-C |
| | ) | |
| 1.   FAMILY DOLLAR SERVICES, | ) | |
|       INC., d/b/a FAMILY DOLLAR | ) | |
|       STORES, INC., and | ) | |
| 2.   FAMILY DOLLAR STORES OF | ) | |
|       OKLAHOMA, INC., d/b/a FAMILY | ) | |
|       DOLLAR STORES, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|       Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Donald E. Wright II, hereby stipulates with the Defendants, Family Dollar Services, Inc. d/b/a Family Dollar Stores, Inc. and Family Dollar Stores of Oklahoma, Inc. d/b/a Family Dollar Stores, Inc., that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF JANUARY, 2017.**

s/ Lauren W. Johnston
JANA B. LEONARD, OBA #17844
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net

johnstonlw@leonardlaw.net
***Counsel for Plaintiff***

s/ Daniel P. Johnson
*(Signed by filing party with permission)*
Daniel P. Johnson, OBA #20742
Kaitlin Elizabeth Gallen
OGLETREE, DEAKINS, NASH,
　SMOAK &STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone:　816-471-1301
Facsimile:　816-471-1303
daniel.johnson@ogletreedeakins.com
kaitlin.gallen@ogletreedeakins.com
***Counsel for Defendants***